

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTILLE CHARBONNET, on behalf of herself and all similarly situated individuals,<br><br>**Plaintiff,**<br><br>V.<br><br>OMNI HOTELS AND RESORTS, OMNI HOTELS MANAGEMENT CORPORATION, and DOES 1 to 10,<br><br>**Defendant.** | Civil Action No.   20cv1777-CAB-DEB<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, the Court GRANTS the Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Further, the Court does not grant leave to amend. Plaintiff has now had two opportunities to plead her claims, the parties do not appear to dispute the essential facts of Defendants' conduct at issue, and the Court has ruled on the legal issues in dispute. Under these circumstances, it does not appear that further amendment will be able to cure the deficiencies of Plaintiff's complaint..  Accordingly, this case is DISMISSED. This case is closed.

It is SO ORDERED.

| | |
|---|---|
| **Date:**      12/16/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  A. Hazard<br><br>                                                A. Hazard, Deputy |